UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND, INDIANA

| | |
|---|---|
| KIRIAKI KOULA TSAHAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-00279-JTM-JPK |
| ) | |
| COMMUNITY FOUNDATION OF ) | |
| NORTHWEST INDIANA, INC., and ) | |
| ST. CATHERINE HOSPITAL, INC., ) | |
| ) | |
| Defendants. ) | |

### JOINT STATUS REPORT ON DISCOVERY

Plaintiff, Kiriaki Koula Tsahas ("Plaintiff"), and Defendants, Community Foundation of Northwest Indiana, Inc. and St. Catherine Hospital, Inc. ("Defendants") (collectively, the "Parties"), by counsel, submit this Joint Status Report on Discovery pursuant to the Court's Order of November 18, 2024. [ECF 97].

**I.    Status of Discovery.**

The Parties have engaged in written discovery, including an exchange of responsive information and documents. The Parties currently are discussing the production of supplemental materials and working out the details of when that can be completed. As part of those discussions, the Parties also are negotiating an Agreed Protective Order to be filed with the Court that will assist the production of some of the requested supplemental materials.

In addition to what has been exchanged to date, Plaintiff reports having several boxes of documents and multiple electronic devices (2 cell phones and 2 tablets) that contain responsive documents and many hours of audio recordings. Plaintiff has offered to provide these for

inspection and copying at his office. Defendants' counsel is in the process of working with Plaintiff's counsel to schedule a date to obtain access to these materials, inspect them and make copies of them. As part of this process, Defendants have engaged a third-party vendor to assist with examining and extracting responsive documents and recordings from the electronic devices. The Parties anticipate that the inspection and copying will be completed once the Agreed Protective Order is finalized and filed, which should occur within the next ten (10) days.

To date, Defendants have produced several hundreds of pages of documents including Plaintiff's personnel file, and its investigation file. Plaintiff has requested that Defendants supplement this production with, among other things, surveillance videos and self-disclosure letters that Defendants sent to the government. Defendants have obtained the video and will be producing that shortly. Defendants also are prepared to produce the self-disclosure letters once the Parties reach an agreement on the terms of the Agreed Protective Order. No agreement has been reached on Plaintiff's remaining discovery or supplemental discovery requests. The Parties are continuing to discuss these matters.

After the above exchange of documents and other materials is completed, Defendants intend to notice the deposition of Plaintiff. The Parties anticipate that Plaintiff's deposition will be scheduled for March. Plaintiff plans to take depositions of several current or former employees of Defendants, two attorneys who provided legal opinions which Plaintiff relied upon regarding Defendants' 340B program and at least one Rule 30(B)(6) witness. These depositions will also be scheduled in March.

**II.**     **Request for Extension of Certain Pre-Trial Deadlines.**

The current discovery deadline is February 24, 2025, the current deadline for the disclosure of experts is March 31, 2025, and the current deadline for the completion of expert discovery is

May 28, 2025.

The Parties have been diligently moving forward with discovery, but have encountered some unexpected scheduling issues and other conflicts which has delayed their progress. Based on the above, the Parties are in the process of ramping up the pace of discovery, including by taking active steps to complete written discovery and move forward with scheduling Plaintiff's deposition. To accommodate this, the Parties request an extension of the aforementioned pre-trial deadlines by two months: with the discovery deadline being moved to April 24, 2025, the expert disclosure deadline adjusted to May 30, 2025, and the expert discovery deadline moved to July 26, 2025.

**III.     Status of Mediation or Settlement Discussions.**

The Parties have discussed the possibility of setting this matter for mediation with ADR Mediation & Arbitration in Chicago. Plaintiff has proposed Joseph N. Casciato with that group as a potential mediator, which Defendants are currently evaluating. Defendants also state that they would be willing to participate in a Settlement Conference to be conducted by Magistrate Judge Andrew Rodovich.

Respectfully submitted,

*s/Rick C. Gikas*
Rick C. Gikas
414 East 86th Avenue
Merrillville, IN  46410
Phone:  (219) 769-7405
Fax:      (219) 769-7435
Email:  rickgikas@att.net

*Attorney for Plaintiff*

3

*s/ Jeanine M. Gozdecki*
BARNES & THORNBURG LLP
Jeanine M. Gozdecki (16909-71)
Hannesson Murphy (25993-49)
Emily C. Lodge (38254-71)
201 South Main Street, Suite 400
South Bend, IN 46601
Phone:   (574) 233-1171
Fax:     (574) 237-1125
Email:   jeanine.gozdecki@btlaw.com
         hannesson.murphy@btlaw.com
         emily.lodge@btlaw.com

*Attorneys for Defendants*